AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
12:09 PM JULY 12, 2023

UNITED STATES MARSHALS SERVICE
COLUMBIA, SOUTH CAROLINA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:22-cr-139-BHH |
| ANGEL JOAQUIN DANIEL FLORES | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANGEL JOAQUIN DANIEL FLORES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 841(b)(1)(A), Title 21, United States Code, Section 841(b)(1)(D), Title 21, United States Code, Section 846, Title 21, United States Code, Section 843(b), Title 18, United States Code, Section 2, Title 21, United States Code, Section 853, Title 21, United States Code, Section 881, Title 28, United States Code, Section 2461(c)

Date: July 12, 2023

s/Elena Graham
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT

City and state:    Charleston, South Carolina

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* JULY 12, 2023, and the person was arrested on *(date)* 07-18-2023 at *(city and state)* Modesto, CA . | |
| Date: 08-02-2023 | Arrested by FBI SA J. Loomis *Arresting officer's signature* <br> By: C. Wolf, SDUSM *Printed name and title* |