UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:  2:22-cr-00139-BHH |
| | ) | |
| | ) | ORDER FOR DISCLOSURE OF |
| vs. | ) | EVIDENCE AT THE CHARLETON |
| | ) | COUNTY DETENTION CENTER |
| ANGEL JOAQUIN DANIEL FLORES | ) | |

The Accused, ANGEL JOAQUIN DANIEL FLORES, by and through his counsel, with the consent of Assistant U.S. Attorney Christopher Lietzow, has requested that the Accused have meaningful access to the evidence in his case. Because of the voluminous discovery and the fact, the Accused is in custody at the Charleston County Detention Center, this Court grants the request to allow discovery to be possessed at the jail with the following provisions. This order constitutes an exception to the Order Governing Discovery already in place in this case.

The Government has provided electronic copies of the discovery to the Accused's attorney, the contents of which have been loaded onto the hard drive of a laptop, and the laptop is labeled as property of counsel. There is no other discovery on the laptop from any other case, and the laptop does not have internet access.

This Court orders the Charleston County Detention Center to make the laptop available to the Accused while he is in custody at the facility. The laptop shall be password protected, with the Accused having a unique user identification and password combination, provided only to the Accused. The Accused is permitted to take notes while he reviews the discovery but is not allowed to provide access to the laptop to any other individual, nor is the Charleston County Detention Center allowed to provide access to any other individuals other than those who are the subject of

this Order. Failure to abide by the restrictions of this Order may result in punishment for contempt of court. The Charleston County Detention Center is ordered to make all reasonable effort to grant equitable access to the Accused upon request.

**IT IS SO ORDERED.**

_____
THE HONORABLE BRUCE H. HENDRICKS
United States District Court Judge
District of South Carolina

September 5, 2024
Charleston, SC